UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEE McNEILL, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:12-CV-686-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 8, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 10, 2013, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russel (via CM/ECF Notice of Electronic Filing)


April 10, 2013                        JULIE A. RICHARDS, CLERK
                                              /s/ Christa N. Baker
                                              (By) Christa N. Baker, Deputy Clerk